UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEANNETTE MARIE VIGOUREUX,
                         Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
                         Defendant.
------------------------------------------------------------X

19 CIVIL 7981 (GBD)(KNF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated July 8, 2020, Magistrate Judge Fox's Report is ADOPTED. Defendant's motion for judgment on the pleadings is GRANTED.

**Dated:** New York, New York
          July 8, 2020

**RUBY J. KRAJICK**
Clerk of Court

BY: _____
**Deputy Clerk**